**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-01068-CV

**DONALD CARDWELL AND 121 INVESTMENTS, L.L.C., Appellants**

**V.**

**BILL GURLEY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-03299**

## ORDER

On August 7, 2015, we reinstated the appeal and ordered appellants to file either a motion to dismiss the appeal or written verification that they intend to pursue the appeal. We now have before us appellants' August 24, 2015 motion to retain the appeal on the docket and to extend time to file their brief.

We **GRANT** the motion. We **ORDER** appellants to file their brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE